IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE ANDREW JONES,<br><br>Defendant. | CR 19–27–BU–DLC<br><br><br><br>ORDER |

The Court has received an advanced copy of the competency report and status update from Jones' treating psychiatrist. The Court recognizes that this report is not yet finalized. Nevertheless, given the immediacy of the upcoming hearing on this matter, the Court would like all parties to be aware of this report in advance. Accordingly,

IT IS ORDERED that the unofficial competency and status shall be filed under Seal.

DATED this 19th day of March, 2021.

Dana L. Christensen, District Judge
United States District Court