IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–27–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DUANE ANDREW JONES, | |
| Defendant. | |

Before the Court is Defendant Duane Andrew Jones' Opposed Motion for Access By Defense Expert to Conduct Competency/Dangerousness Evaluation. (Doc. 59.)  Counsel for Jones has arranged for Dr. Scolatti to evaluate Jones on Friday, April 2, 2021 from 9:00 a.m. to 12:00 p.m.  (*Id*. at 2.)  MCFP Springfield can accommodate this time.  (*Id.*)

Although the Government opposes this motion, the Court believes that the law supports Jones' request.  Given the motion's time sensitive nature,

IT IS ORDERED that MCFP Springfield make Jones available for an evaluation by video conference on April 2, 2021 from 9:00 a.m. to 12:00 p.m.  MCFP Springfield is directed to place Jones in a secure setting with access to a computer with video and internet capabilities and to assist him in connecting with Dr. Scolatti.

DATED this 30th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court